EDWARD M. VAN ACKEREN, APPELLEE, v. PARK G. DOBSON ET AL.: JOHN C. EHERNBERGER, APPELLANT.

FILED OCTOBER 31, 1930. No. 27422.

*Charles E. Martin* and *A. L. Tidd,* for appellant.

*King & Haggart, contra.*

Heard before GOSS, C. J., ROSE, GOOD, EBERLY and DAY, JJ., and REDICK, District Judge.

PER CURIAM.

This action was commenced in the district court for Cass county to quiet title to certain real estate described in the petition. The trial court found in favor of plaintiff and defendant John C. Ehernberger has appealed.

We have carefully examined the record and conclude that our decision herein is controlled by the case of *Pinkham v. Pinkham,* 55 Neb. 729. The judgment of the district court is therefore

AFFIRMED.